**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6798**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

SAMUEL LLOYD, a/k/a Sammy,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:11-cr-00036-MSD-FBS-1)

---

Submitted:  July 8, 2024                        Decided:  July 19, 2024

---

Before GREGORY and WYNN, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Samuel Lloyd, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Lloyd appeals the district court's order denying his motion to be released from home confinement. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Lloyd*, No. 2:11-cr-00036-MSD-FBS-1 (E.D. Va. Aug. 3, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*